FILED 08 OCT '26 16:56 USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**SERGEY ALEKSANDROVICH PUTIN,**

**Defendant.**

**3:26-cr-** 00415-SI

**INDICTMENT**

**21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**
**21 U.S.C. § 841(a)(1), (b)(1)(C)**
**18 U.S.C. § 924(c)(1)(A)(i)**

**Forfeiture Allegations**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))**

On or about September 18, 2026, in the District of Oregon, defendant **SERGEY ALEKSANDROVICH PUTIN** did knowingly possess with the intent to distribute a mixture or substance containing a detectable amount methamphetamine, a Schedule II controlled substance. The Grand Jury further charges that this violation involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

//

//

//

**COUNT 2**
**(Possession with Intent to Distribute Cocaine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C))**

On or about September 18, 2026, in the District of Oregon, defendant **SERGEY ALEKSANDROVICH PUTIN** did knowingly possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT 3**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)**
**(18 U.S.C. § 924(c)(1)(A)(i))**

On or about September 18, 2026, in the District of Oregon, defendant **SERGEY ALEKSANDROVICH PUTIN** unlawfully and knowingly possessed a firearm, namely a Lorcin .380 caliber pistol, in furtherance of a drug trafficking crime that may be charged in a court of the United States, namely the offenses charged in counts one and two of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**FIRST FORFEITURE ALLEGATION**

Upon conviction of any of the offenses set forth in Counts One and Two of this indictment, defendant **SERGEY ALEKSANDROVICH PUTIN** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in any offense set forth in Counts One and Two of this indictment.

//

//

## SECOND FORFEITURE ALLEGATION

Upon conviction of the offense in Count Three of this indictment, defendant **SERGEY ALEKSANDROVICH PUTIN** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm(s) and ammunition involved in that offense.

Dated: October 6, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:
SCOTT E. BRADFORD
United States Attorney

CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney